NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KANEKA CORPORATION, A JAPANESE CORPORATION,**
*Plaintiff-Appellant,*

v.

**ZHEJIANG MEDICINE CO., LTD., A CHINESE CORPORATION**
*Defendant,*

AND

**ZMC-USA, L.LC., A JAPANESE CORPORATION,**
*Defendant-Appellee,*

AND

**XIAMEN KINGDOMWAY GROUP COMPANY, A CHINESE CORPORATION AND PACIFIC RAINBOW INTERNATIONAL INC., A CALIFORNIA CORPORATION,**
*Defendants-Appellees,*

AND

**MITSUBISHI GAS CHEMICAL COMPANY, INC., A JAPANESE CORPORATION,**
*Defendant-Appellee,*

AND

**SHENZHOU BIOLOGY AND TECHNOLOGY CO., LTD., A CHINESE CORPORATION,**
*Defendant-Appellee.*

_____

2014-1373, -1399

_____

Appeals from the United States District Court for the Central District of California in No. 2:11-cv-02389-MRP-SS, Senior Judge Mariana R. Pfaelzer.

_____

**ON MOTION**

_____

**O R D E R**

Appellant moves without opposition to consolidate Appeal Nos. 2014-1273 and 2014-1399.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeals are consolidated, and the revised official caption is reflected above.

(2) Appellant's opening brief shall be due by May 23, 2014.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30