UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
2014-1373, -1399

KANEKA CORPORATION, a Japanese Corporation
*Plaintiff-Appellant,*

v.

ZHEIJANG MEDICINE CO., LTD., a Chinese Corporation,
MITSUBISHI GAS CHEMICAL COMPANY, INC., a Japanese Corporation,
*Defendants,*

XIAMEN KINGDOMWAY GROUP COMPANY, a Chinese Corporation
*Defendant-Appellee,*

ZMC-USA, LLC, a Texas Corporation
*Defendant,*

PACIFIC RAINBOW INTERNATIONAL INC., a California Corporation,
SHENZHOU BIOLOGY AND TECHNOLOGY CO., LTD., a Chinese Corporation,
*Defendants-Appellees.*

Appeal from the United States District Court for the Central District of California in Case No. 11-CV-2389, Senior District Judge Mariana R. Pfaelzer

## PLAINTIFF-APPELLANT KANEKA CORPORATION'S UNOPPOSED MOTION TO REFORM CAPTION

KEITH D. NOWAK
nowak@clm.com
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Tel: (212) 732-3200
Fax: (212) 732-3232

ROBERT M. BOWICK, JR.
rbowick@raleybowick.com
RALEY & BOWICK, LLP
1800 Augusta Drive, STE 300
Houston, Texas 77057
Tel: (713) 429-8050
Fax: (713) 429-8045

*Counsel for Plaintiff-Appellant
Kaneka Corporation*

7443098.2

Plaintiff-Appellant Kaneka Corporation ("Kaneka") respectfully moves to reform the caption of this proceeding to remove Zhejiang Medicine Co., Ltd., ZMC-USA, LLC (collectively, "ZMC"), Mitsubishi Gas Chemical Company, Inc. ("MGC"), and Maypro Industries, Inc. ("Maypro") as Defendants.

Defendants-Appellees Xiamen Kingdomway Group Company, Pacific Rainbow International Inc., and Shenzhou Biology and Technology Co., Ltd. have stated that they will not oppose Kaneka's request to reform the caption. Kaneka's proposed reformed caption is attached as Exhibit A.

ZMC were named as defendants in the original proceeding but moved to transfer Kaneka's claims against them to the U.S. District Court for the Southern District of Texas, where ZMC had filed suit against Kaneka a few hours before Kaneka filed its claims against ZMC in the U.S. District Court for the Central District of California. By Order dated June 10, 2011, the district court granted ZMC's motion and "sever[ed] the claims against [ZMC] from the lawsuit and transfer[ed] those claims to the Southern District of Texas." (Dkt. 39) Consequently, ZMC did not substantively participate in the original district court proceeding from which this appeal originates.

MGC was named as a defendant in the original proceeding. Pursuant to a Stipulated Settlement and Dismissal Order between Kaneka and MGC, which was

2

So Ordered by the district court on July 10, 2013 (Dkt. 154), MGC was dismissed, with prejudice, from the original action.

Maypro was named as a defendant in the original proceeding. By Order dated November 25, 2013 (Dkt. 287), the district court dismissed Maypro Industries, Inc. ("Maypro") from the original action in accordance with the terms of a Stipulation of Dismissal between Kaneka and Maypro. (Dkt. 275)

For the foregoing reasons, Kaneka respectfully requests that the caption be reformed to remove Defendants ZMC, MGC, and Maypro.

Dated: May 15, 2014

Respectfully submitted,

/s/ Keith D. Nowak
Keith D. Nowak
Carter Ledyard & Milburn LLP
Two Wall Street
New York, New York 10005
Tel: (212) 732-3200
Fax: (212) 732-3232

# Exhibit A

# Proposed Reformed Caption

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
2014-1373, -1399

KANEKA CORPORATION, a Japanese Corporation
*Plaintiff-Appellant,*

v.

XIAMEN KINGDOMWAY GROUP COMPANY, a Chinese Corporation,
PACIFIC RAINBOW INTERNATIONAL INC., a California Corporation,
SHENZHOU BIOLOGY AND TECHNOLOGY CO., LTD., a Chinese
Corporation,
*Defendants-Appellees.*

Appeal from the United States District Court for the Central District of
California in Case No. 11-CV-2389, Senior District Judge Mariana R. Pfaelzer

# CERTIFICATE OF INTEREST OF
# PLAINTIFF-APPELLANT KANEKA CORPORATION

Pursuant to Federal Circuit Rule 47.4, counsel for Kaneka Corporation ("Kaneka") certifies that:

1. The full name of every party or amicus represented by me is:

   Kaneka Corporation.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

   N/A.

3. All parent corporation and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   None.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

   Adrian M. Pruetz
   Glaser Weil Fink Jacobs
     Howard Avchen and Shapiro LLP
   10250 Constellation Boulevard, 19th Floor
   Los Angeles, CA 90067

   Benjamin C. Deming
   DNL Zito
   355 South Grand Suite 2450
   Los Angeles, CA 90071

7443098.2

Charles C. Koole
Glaser Weil Fink Jacobs
  Howard Avchen and Shapiro LLP
10250 Constellation Boulevard ,19th Floor
Los Angeles, CA 90067

Dariush G. Adli
Adli Law Group P.C.
633 West Fifth Street Suite 6900
Los Angeles, CA 90071

Dave Deonarine
Procopio Cory Hargreaves & Savitch LLP
12544 High Bluff Drive, Suite 300
San Diego, CA 92130

Keith D. Nowak
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005

Robert M. Bowick, Jr.
Raley and Bowick LLP
1800 Augusta Drive Suite 300
Houston, TX 77057

Victor Light George
Law Office of Victor L. George
20355 Hawthorne Boulevard 1st Floor
Torrance, CA 90503

7443098.2

Wayne C. Smith
Law Office of Victor L. George
20355 Hawthorne Boulevard 1st Floor
Torrance, CA 90503

Dated: May 15, 2014                    Respectfully submitted,

/s/ Keith D. Nowak
Keith D. Nowak
Carter Ledyard & Milburn LLP
Two Wall Street
New York, New York 10005
Tel: (212) 732-3200
Fax: (212) 732-3232

*Counsel for Plaintiff-Appellant
Kaneka Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2014, the foregoing was electronically filed using the Court's CM/ECF system. I further certify that on the same date a copy of the foregoing was served electronically via the Court's CM/ECF system on the counsel listed below:

Timothy P. Walker, Esq.
timothy.walker@klgates.com
Harold H. Davis, Jr.
harold.davis@klgates.com
Jas Dhillon
jas.dhillon@klgates.com
K&L Gates LLP
4 Embarcadero Center
Suite 1200
San Francisco, CA 94111

Matthew B. O'Hanlon
matthew.ohanlon@klgates.com
K&L Gates LLP
10100 Santa Monica Blvd., 7th Fl.
Los Angeles, CA 90067

*Counsel for Appellee Shenzhou Biology & Technology Co., Ltd.*

Lei Mei
mei@meimark.com
Xiang Long
xlong@meimark.com
Reece Nienstadt
rnienstadt@meimark.com
MEI & MARK LLP
P.O. Box 65981
Washington, DC 20035
Telephone: 888-860-5678

*Counsel for Defendants-Appellees Xiamen Kingdomway Group Company and Pacific Rainbow International Inc.*

Gary Hnath
ghnath@mayerbrown.com
Mayer Brown, LLP
1999 K Street, N.W.
Washington, DC 20006
Telephone: 202-263-3000

*Counsel for Defendant ZMC-USA, LLC*

/s/ Keith D. Nowak
Keith Nowak