NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KANEKA CORPORATION, a Japanese Corporation,**
*Plaintiff - Appellant*

v.

**ZHEJIANG MEDICINE CO., LTD., a Chinese Corporation,**
*Defendant*

**MITSUBISHI GAS CHEMICAL COMPANY, INC., a Japanese Corporation, ZMC-USA, L.LC., a Japanese Corporation, XIAMEN KINGDOMWAY GROUP COMPANY, a Chinese Corporation, PACIFIC RAINBOW INTERNATIONAL INC., a California Corporation, SHENZHOU BIOLOGY AND TECHNOLOGY CO., LTD., a Chinese Corporation,**
*Defendants - Appellees*

---

14-1373

---

Appeal from the United States District Court for the Central District of California in case no. 2:11-cv-02389-MRP-SS Senior Judge Mariana R. Pfaelzer

_____

ON MOTION

O R D E R

Upon consideration of the Appellant, Kaneka Corporation unopposed motion to extend time to file appellant principal brief until June 03, 2014,

IT IS ORDERED THAT:

The motion is granted.

                          FOR THE COURT

May 19, 2014              /s/ Daniel E. O'Toole
                                  Daniel E. O'Toole
                                  Clerk of Court