NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KANEKA CORPORATION, A JAPANESE CORPORATION,**
*Plaintiff-Appellant,*

v.

**XIAMEN KINGDOMWAY GROUP COMPANY, A CHINESE CORPORATION, PACIFIC RAINBOW INTERNATIONAL INC., A CALIFORNIA CORPORATION, AND SHENZHOU BIOLOGY AND TECHNOLOGY CO., LTD., A CHINESE CORPORATION,**
*Defendants-Appellees.*

---

2014-1373, -1399

---

Appeals from the United States District Court for the Central District of California in No. 2:11-cv-02389-MRP-SS, Senior Judge Mariana R. Pfaelzer.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of appellant's request to withdraw its motion to file its opening brief under seal and appellant's filing of corrected versions of its opening brief,

IT IS ORDERED THAT:

The motion to file appellant's brief under seal is denied as moot. The case will proceed on the corrected opening brief. The appellee may calculate the due date for its brief from the date of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26